UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLIN E. SANDERS,<br><br>Defendant. | Case No. 5:24-po-00174-CDB<br><br>CVB Violation E1200083 / CA71<br><br>ORDER TO REFUND OVERPAYMENT<br><br>(Doc. 6) |

  Defendant Colin E. Sanders was issued Violation Notice E1200083 with a total collateral due of $55.00.  Shortly afterwards, on March 24, 2024, Defendant paid the original fine amount of $55.00, at which time the violation should have been closed.  Due to an administrative error, the payment was not posted to Violation E1200083 and the matter was set for hearing on June 4, 2024.  Defendant failed to appear on June 4, 2024, and, as a result, the Court raised the collateral amount to $155.00 ($55.00 fine plus $100.00 penalty assessment).  On September 2, 2024, Defendant paid the additional $155.00 resulting in a total payment of $210.00.

  The Court accepts the initial payment of 55.00 as payment in full, waives the additional $100.00 penalty assessment, and confirms the $155.00 paid on September 2, 2024, is an overpayment.

1

1 | Accordingly, IT IS HEREBY ORDERED that a refund be issued to Defendant, Colin E.
2 | Sanders, in the amount of $155.00.
3 | IT IS SO ORDERED.
4 | Dated: **September 4, 2024**
5 | UNITED STATES MAGISTRATE JUDGE